**Charles A. WINSTON, Plaintiff–Appellant**

**v.**

**Theaster PETTY, Kitchen Supervisor, East Arkansas Regional Unit, ADC; Lahan Ester, Disciplinary Hearing Officer, East Arkansas Regional Unit,**

braska.

ADC; **Greg Harmon, Warden, East Arkansas Regional Unit, ADC; James Gibon, Disciplinary Hearing Administrator, ADC; Larry D. May, Chief Deputy Director, ADC; Ray Hobbs, Director, ADC, Defendants–Appellees.**

No. 13–3382.

United States Court of Appeals, Eighth Circuit.

Submitted: June 20, 2014.

Filed: June 23, 2014.

Charles A. Winston, Grady, AR, pro se.

Edward Rial Armstrong, Assistant Attorney General, Ali Brady Noland, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendants–Appellees.

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

[Unpublished]

PER CURIAM.

Arkansas inmate Charles Winston appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action against Theaster Petty, a kitchen supervisor with the Arkansas Department of Correction (ADC), and various other ADC employees. After careful review, we conclude that Winston's retaliatory discipline claim failed as a matter of law because Petty's disciplinary report provides some evidence that Winston actually violated prison rules. *Cf. Hartsfield v. Nichols*, 511 F.3d 826, 831 (8th Cir.2008) (report from correctional officer, even if disputed by inmate and supported

by no other evidence, legally suffices as some evidence upon which to base prison disciplinary violation, if violation is found by impartial decisionmaker). We also conclude that Winston cannot create a genuine issue of material fact as to his hearing officer's impartiality based only on the allegation that Winston had previously filed grievances against the hearing officer. *See Meuir v. Greene Cnty. Jail Emps.*, 487 F.3d 1115, 1119 (8th Cir.2007) (in case of retaliatory discipline, merely alleging that act was retaliatory is insufficient).

We thus affirm. *See* 8th Cir. R. 47B. We also deny Winston's pending motion for appointment of counsel.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.